UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: )<br>    JOSE GIL TOSSAS CORDERO    )<br>    AKA JOSE G TOSSAS CORDERO  )<br>    )<br>    MARIA ESTHER RODRIGUEZ PEREZ )<br>    AKA MARIA E RODRIGUEZ PEREZ  )<br>    Debtors. )| Chapter 13<br><br><br><br><br>Case No. 10-09028-BKT |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rule 9010 and Local Rule 9010-1(d)(1), the undersigned counsel files this appearance on behalf of CitiMortgage, Inc. ("Citi"), and requests that all notices given or required to be given in this case, and all papers served in this case, be given to and served upon Citi. Pursuant to Local Rule 9010-1(d)(2), request is also made for service of copies of all pleadings, including but not limited to, motions, orders, notices of hearings or other pleadings relating to issues which may be raised in the above-captioned case.

Respectfully submitted,

CitiMortgage, Inc.

By its attorneys,

ABLITT SCOFIELD, LLC

Dated: July 8, 2011

/s/ Leyre Santaella-Santé
Leyre Santaella-Santé
USDC-PR-229001
Centro Internacional de Mercadeo
Torre II, Suite 411
Guaynabo, PR 00968
Tel. 787-722-9021
Fax. 787-724-6339
lsantaella@acdlawpr.com

## CERTIFICATE OF SERVICE

       I hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: July 8, 2011                                    /s/ Leyre Santaella-Santé
                                                                Leyre Santaella-Santé